United States Court of Appeals
Fifth Circuit

**F I L E D**

April 5, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-10804
_____

UNITED STATES OF AMERICA

                Plaintiff - Appellee

            v.

COREY DONNELL AUSTIN also known as, Tyson also known as,
C-Child

                Defendant - Appellant

                ---------------------
        Appeal from the United States District Court for the
                Northern District of Texas, Dallas
                      3:03-CR-228-1-G
                ---------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that appellee's unopposed motion to vacate the
sentence is GRANTED.

    IT IS FURTHER ORDERED that appellee's unopposed motion to
remand the case to the United States District Court for the
Northern District of Texas, Dallas Division for resentencing is
GRANTED.

_____

    [*] Pursuant to 5th Cir. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5th Cir. R. 47.5.4.